UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------

| | |
|---|---|
| M&I EQUIPMENT FINANCE COMPANY, | **FEDERAL RULE 7.1 DISCLOSURE STATEMENT** |
| Plaintiff, | |
| v. | Civil Action No.: 08-CV-02164 (GEL/GWG) |
| SIGNATURE BANK, | ECF CASE |
| Defendant. | |

-------------------------------------------------------------

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for M&I Equipment Finance Company (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

M&I Corporation

Dated:  March 3, 2008

BOND, SCHOENECK & KING, PLLC

By: s/ Louis Orbach
Louis Orbach (LO 9611)
One Lincoln Center
Syracuse, NY 13202
Telephone:  (315) 218-8000
Fax:  (315) 218-8100
E-mail:  orbachl@bsk.com

Attorneys for Plaintiff,
M&I Equipment Finance Company

17373.1