

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern   District of   New York

M&I Equipment Finance Company

**SUMMONS IN A CIVIL ACTION**

V.

Signature Bank

CASE NUMBER: 08 CV 02164

TO: Signature Bank
565 Fifth Avenue
New York, NY 10017

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Louis Orbach, Esq.
Bond, Schoeneck & King, PLLC
One Lincoln Center
Syracuse, NY 13202

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**                                    MAR 0 4 2008

CLERK                                                    DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 03-05-08 |
| NAME OF SERVER (PRINT) John Carrasco | TITLE Office Service Clerk |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served:
565 Fifth Avenue New York, N.Y. 10017 8TH Floor

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  03/05/08
Date

Signature of Server

5470 Post Road #2
Bronx, N.Y. 10471
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.