Mara B. Levin
**Herrick, Feinstein LLP**
Two Park Avenue
New York, New York 10016
(212) 592-1400 (phone)
(212) 592-1500 (fax)
mlevin@herrick.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
M&I EQUIPMENT FINANCE COMPANY,　　　　:
　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　Plaintiff,　　　　　:
　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　-v-　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　:
SIGNATURE BANK,　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　Defendant.　　　　　:
------------------------------------ x

Electronically Filed

Civil Action No. 08 CV 02164 (GEL)

**RULE 7.1 STATEMENT**

Pursuant to Federal Rules of Civil Procedure Rule 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant Signature Bank certifies that Signature Bank is a publicly held company and that there are no corporate parents, affiliates and/or subsidiaries of Signature Bank that are publicly held.

Dated: New York, New York
　　　　March 25, 2008

HERRICK, FEINSTEIN LLP

By: _____
　　　Mara B. Levin
　　　Attorneys for Defendant
　　　　Signature Bank
　　2 Park Avenue
　　New York, NY 10016-9301
　　Phone: (212) 592-1400
　　Fax:　 (212) 592-1500
　　mlevin@herrick.com

HF 4060170v.1 #06406/0000