UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

M&I EQUIPMENT FINANCE CO.,

                Plaintiff,

-against-

SIGNATURE BANK,

                Defendant.
------------------------------------------------------x



08 Civ. 2164 (GEL)

**ORDER**

GERARD E. LYNCH, District Judge:

    The parties having appeared before the Court for a conference on May 5, 2008, it is hereby ordered that:

    1. Defendant's motion for summary judgment, if any, shall be filed by June 2, 2008.

    2. Plaintiff's response shall be filed by July 7, 2008.

    3. Defendant's reply, if any, shall be filed by July 28, 2008.

SO ORDERED:

Dated: New York, New York
       May 5, 2008

                                                  GERARD E. LYNCH
                                                  United States District Judge