ELECTRONICALLY FILED

Mara B. Levin, Esq.
Marni E. Weiss, Esq.
**HERRICK, FEINSTEIN LLP**
Attorneys for Defendant
2 Park Avenue
New York, New York 10016
(212) 592-1400
mlevin@herrick.com
mweiss@herrick.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
M&I EQUIPMENT FINANCE COMPANY,   :   Civil Action No.:
                                 :   08-CV-02164 (GEL/GWG)
                    Plaintiff,   :
        - v -                    :
                                 :
SIGNATURE BANK,                  :
                                 :
                    Defendant.   :
------------------------------------ x

     I, Marni Weiss, do hereby certify under the penalties of perjury that I caused a true and correct copy of Defendant's Initial Disclosures to be filed electronically via the Court's CM/ECF system, with a full copy along with documents served on Louis Orbach, Esq., of Bond, Schoeneck & King, PLLC at One Lincoln Center, Syracuse, New York 13202-1355, via Federal Express.

     Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated:  New York, New York
         May 13, 2008

                                                       By:_____/s/ Marni Weiss_____
                                                               Marni Weiss