UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

M&I EQUIPMENT FINANCE COMPANY,

        Plaintiff,

  v.

SIGNATURE BANK,

        Defendant.

-----------------------------------------------------------------

**REVISED SCHEDULING ORDER**

Civil Action No.:
08-CV-02164 (GEL/GWG)

GERARD E. LYNCH, District Judge:

  The parties having requested an extension of time to respond and reply to Defendant's motion for summary judgment, it is hereby ordered that:

  1. Plaintiff's response shall be filed by July 14, 2008.

  2. Defendant's reply, if any, shall be filed by August 4, 2008.

**SO ORDERED:**

Dated: New York, New York
   June 24, 2008

                  _____
                  GERARD E. LYNCH
                  United States District Judge

1440070.1