UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

| | |
|---|---|
| M&I EQUIPMENT FINANCE COMPANY,<br><br>       Plaintiff,<br><br>  v.<br><br>SIGNATURE BANK,<br><br>       Defendant. | NOTICE OF CROSS-MOTION<br>FOR SUMMARY JUDGMENT<br><br>Civil Action No.:<br>08-CV-02164 (GEL/GWG)<br><br>**(Electronically filed)** |

-----------------------------------------------------------

**PLEASE TAKE NOTICE** that upon the Declaration of Louis Orbach, executed on July 14, 2008, and the exhibits annexed thereto, Plaintiff's Local Rule 56.1(a) Statement of Undisputed Material Facts, and the accompanying Memorandum of Law, Plaintiff M&I Equipment Finance Company, by its counsel, Bond, Schoeneck & King, PLLC, shall move the United States District Court for the Southern District of New York, before the Honorable Gerard E. Lynch, for an order granting Plaintiff summary judgment, pursuant to Fed. R. Civ. P. 56(a), against Defendant Signature Bank in the amount of $719,547.68, plus interest.

Dated: July 14, 2008

                BOND, SCHOENECK & KING, PLLC

                By: _____
                   Louis Orbach (LO 9611)
                One Lincoln Center
                Syracuse, NY 13202
                Telephone: (315) 218-8000
                Fax: (315) 218-8100
                E-mail: lorbach@bsk.com

                Attorneys for Plaintiff

1453162.1

TO:    Mara B. Levin, Esq.
        HERRICK, FEINSTEIN LLP
        Two Park Avenue
        New York, NY 10016-9301

        Attorneys for Defendant

1453162.1

## CERTIFICATE OF SERVICE

       I hereby certify that on July 14, 2008, I electronically filed the foregoing Notice of Cross-Motion for Summary Judgment with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

    Mara B. Levin, Esq.
    Herrick, Feinstein LLP
    Two Park Avenue
    New York, NY 10016-9301
    E-mail: mlevin@herrick.com

_/s/ Louis Orbach_
Louis Orbach

1453162.1