Mara B. Levin, Esq.  
Marni Weiss, Esq.  
HERRICK, FEINSTEIN LLP  
Attorneys for Signature Bank  
Two Park Avenue  
New York, New York  10016  
Tel. 212.592.1400  
Fax. 212.592.1500  
mlevin@herrick.com

ELECTRONICALLY FILED

UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK  
------------------------------------x  
                                    :  
M&I EQUIPMENT FINANCE COMPANY,      :   08 CV 02164 (GEL)(GWG)  
                                    :  
                        Plaintiff,  :   **DEFENDANT'S RULE 56.1(b)**  
        v.                          :   **RESPONSE TO PLAINTIFF'S**  
                                    :   **LOCAL RULE 56.1(a)**  
                                    :   **STATEMENT OF MATERIAL**  
SIGNATURE BANK,                     :   **FACTS IN SUPPORT OT ITS**  
                        Defendant.  :   **CROSS-MOTION FOR**  
                                    :   **SUMMARY JUDGMENT**  
------------------------------------x  

Defendant Signature Bank ("Signature"), pursuant to Local Rule 56.1(b), hereby responds to Plaintiff M&I Equipment Finance Company's Local Rule 56.1(a) Statement of Material Facts dated July 14, 2008 ("Plaintiff's Statement of Material Facts") as follows:

1. Signature Bank assumes the truth of this paragraph 1 for purposes of this motion only. (Declaration of Robert Bloch sworn to on June 2, 2008 ("Bloch Decl.") ¶ 23.)

2. Signature Bank assumes the truth of this paragraph 2 for purposes of this motion only.

3. Signature Bank denies paragraph 3 of Plaintiff's Statement of Material Facts but coes not dispute the truth for purpose of the motion and cross motion only. (Bloch Decl. ¶ 23 fn2.)

4. Signature Bank assumes the truth of this paragraph 4 for purposes of this motion only. (Bloch Decl. ¶ 25.)

5. Signature Bank assumes the truth of this paragraph 5 for purposes of this motion only.

6. Signature Bank admits paragraph 6 of Plaintiff's Statement of Material Facts. (Bloch Decl. ¶ 25.)

7. Signature Bank admits paragraph 7 of Plaintiff's Statement of Material Facts. (Bloch Decl. ¶¶ 23, 26.)

8. Signature Bank admits paragraph 8 of Plaintiff's Statement of Material Facts. (Bloch Decl. Exh. P.)

9. Signature Bank admits paragraph 9 of Plaintiff's Statement of Material Facts. (Bloch Decl. Exh. P.)

10. Signature Bank admits paragraph 10 of Plaintiff's Statement of Material Facts. (Bloch Decl. Exh. P.)

Dated: New York, New York
August 4, 2008

HERRICK, FEINSTEIN LLP

By: *[signature]*
Mara B. Levin (mlevin@herrick.com)
Marni E. Weiss
*Attorneys for Defendant Signature Bank*
2 Park Avenue
New York, New York  10016
(212) 592-1400