```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/26/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                    :
M&I EQUIPMENT FINANCE COMPANY,                      :   08 CV 02164 (GEL)(GWG)
                                                    :
                    Plaintiff,                      :   ~~PROPOSED~~ ORDER
                                                    :
    v.                                              :
                                                    :
                                                    :
SIGNATURE BANK,                                     :
                    Defendant.                      :
                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - x

       This matter having been brought before this Court upon agreement of the parties that the above matter shall be referred to the non-binding mediation process and procedures set forth by Local Rule 83.12 of the United States District Court for the Southern District of New York.

       **IT IS THEREFORE ORDERED** as follows:

       1.    The above matter be and hereby is referred to mediation pursuant to Local Rule 83.12.

       2.    The parties shall promptly mediate the above-captioned matter and participate in the mediation process in good faith.

       3.    Pending the conclusion of the mediation, this action shall be and is suspended. The parties are directed to report to the Court whether or not the mediation was

successful within five days after the mediation concludes.

ENTER:

_____
Gerard E. Lynch
United States District Judge